AO 442 (Rev. 11/11) Arrest Warrant

USMS# 01815-510

# UNITED STATES DISTRICT COURT
для the
District of Columbia

United States of America
v.
Linwood Alan Robinson Sr.

*Defendant*

)
) Case: 1:22-mj-00110
) Assigned to: Judge Meriweather, Robin M.
) Assign Date: 5/16/2022
) Description: COMPLAINT W/ ARREST WARRANT
)
)

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   Linwood Alan Robinson Sr.,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☒ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 1752(a)(1)- Entering and Remaining in a Restricted Building or Grounds
18 U.S.C. § 1752(a)(2)- Disorderly and Disruptive Conduct in a Restricted Building or Grounds
40 U.S.C. § 5104(e)(2)(D)- Disorderly Conduct in a Capitol Building
40 U.S.C. § 5104(e)(2)(G)- Parading, Demonstrating, or Picketing in a Capitol Building

Date:   05/16/2022

2022.05.16 17:15:12 -04'00'
*Issuing officer's signature*

City and state:   Washington, D.C.

Robin M. Meriweather, U.S. Magistrate Judge
*Printed name and title*

| Return |
|---|
| This warrant was received on *(date)* 5-17-2022, and the person was arrested on *(date)* 05-19-2022 at *(city and state)* Fort Mill, SC. |
| Date: 05-19-2022 |
| Arrested by S/A Chuck Haynes, FBI *Arresting officer's signature* |
| By: Bonnie Walters, Records Examiner Analyst *Printed name and title* |